# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-0288

—————————————————

WALTER B. HARVEY, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

December 12, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Walter B. Harvey, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Wallace, General Counsel, and Thomas A. Klein, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.